PJG

DPA: 10.29.23

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>Ernesto CONTRERAS-Hernandez,<br><br>　　　　　　　　Defendant. | Case No.:　23-mj-08817-LR<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21, U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about October 29, 2023, within the Southern District of California, defendant, Ernesto CONTRERAS-Hernandez, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960, a felony.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Jose L. Davila, Special Agent
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 30th day of October, 2023.

HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Ernesto CONTRERAS-Hernandez

**STATEMENT OF FACTS**

This Complaint and Statement of Facts are based on the reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent Jose L. Davila.

On October 29, 2023, at approximately 5:37 p.m., Ernesto CONTRERAS-Hernandez (CONTRERAS), a Lawful Permanent Resident of the United States, applied for entry into the United States at the Calexico, California East Port of Entry via the vehicle primary lanes as the driver and sole occupant of a white 2004 Toyota Camry.

The Primary Inspector Customs and Border Protection Officer (CBPO) Pantoja who was assigned to vehicle lane 2 encountered CONTRERAS. CONTRERAS presented a State of California Identification Card to facilitate his entry into the United States. CBPO Pantoja obtained a negative oral customs declaration from CONTRERAS. CONTRERAS told CBPO Pantoja that he had traveled to Mexicali, Baja California, Mexico to visit his wife and was returning home to the United States. Due to a computer-generated alert, CBPO Pantoja opted to refer the vehicle to the Vehicle Secondary (VS) inspection lot for further inspection.

Once in the VS inspection lot, CBPO Lopez approached CONTRERAS and obtained a negative oral customs declaration from CONTRERAS. CBPO Lopez had

3

CONTRERAS sit in the VS inspection lot waiting area while he conducted the inspection of the vehicle. The vehicle was driven through the Z-portal and anomalies were observed in all four doors of the vehicle by CBPO Hurtado. Canine Enforcement Officer (CEO) Rascon screened the vehicle with her assigned Human Narcotics Detector Dog (HND) which subsequently alerted to the vehicle. CEO Rascon informed CBPO Montesinos of the positive alert. CONTRERAS was escorted to the VS office for a pat-down. Once in the VS office, the pat-down of CONTRERAS yielded negative results.

    Further inspection of the vehicle by CBPO Lopez resulted in the discovery of ten (10) packages wrapped in clear plastic concealed inside the doors and forty-three (43) packages wrapped in clear plastic concealed inside the gas tank. The packages retrieved from the vehicle contained a crystal-like substance. CBPO Plancarte field tested one (1) random package utilizing the GEMINI analyzer and the substance tested positive for the properties of methamphetamine. The total weight of the packages was approximately 35.38 kilograms (77.99 pounds).

    CONTRERAS was advised of his rights per Miranda. CONTRERAS stated he understood his rights and was willing to answer questions without the presence of an attorney. CONTREREAS stated he decided to engage in the smuggling venture due to financial hardship. CONTRERAS stated he was made an offer to smuggle drugs into the United States and he would receive approximately $4,500 USD to be deducted

4

from a debt he owed. CONTRERAS also admitted he was going to physically receive approximately $500 USD to deliver the contraband to Phoenix, Arizona.

CONTRERAS was placed under arrest and charged with a violation of Title 21, United States Code sections 952 and 960, for Importation of a Controlled Substance and booked into the El Centro GEO Detention Center to await initial appearance.